IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID SMITH, ADAM SHEEDY, PATRICK                                              PLAINTIFFS
LEE BERRY, DALLAS BODILY, CORY BYRD,
RORY CAFFREY, JEFF DAVIS, MARC GEER,
NICKI CHRISTINE GEER, CHRIS GILES,
WAYLON HUNT, ERIC JIMERSON,
JOHN JOLLEY, WES KELLEY, KEN MARTINEAU,
KRISTOPHER D. MENDEL, CLYDE OSBORNE,
JASON SANDERFER, MARCUS THOMAS,
JARED TUCKER, MARK MABRY,
DOUGLAS GUILEY, RICHARD PEARSON,
TRAVIS ROUNDTREE, JEFF ROWE,
GREGORY SHAW, and LINCOLN SHEEDY,
individually, and on behalf of others similarly situated

v.                                         No. 4:09CV00679 JLH

FRAC TECH SERVICES, LTD.                                                      DEFENDANT

**ORDER**

The Court has received correspondence from counsel stating that the parties have agreed that the deadline for opt-ins or consents to join the suit should be January 13, 2010. Therefore, by agreement of the parties, the time to file an opt-in or consent to join the suit is extended up to and including January 13, 2010. The parties are authorized to amend the form of the notice to be sent to potential members of the collective action to state that the deadline for joining the suit will be January 13, 2010, and that the trial is scheduled to begin on November 29, 2010.

IT IS SO ORDERED this 11th day of December, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE