IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID SMITH, *et al.*                                                                              PLAINTIFFS

v.                                        No. 4:09CV00679 JLH

FRAC TECH SERVICES, LTD.                                                                DEFENDANT

## ORDER

The motion to dismiss the claims of Jason Sanderfer and Brandon Smith is GRANTED. Document #229. The claims of Jason Sanderfer and Brandon Smith are hereby dismissed without prejudice.

IT IS SO ORDERED this 29th day of September, 2010.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE