IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID SMITH, *et al.*                                                                     PLAINTIFFS

v.                                        No. 4:09CV00679 JLH

FRAC TECH SERVICES, LTD.                                        DEFENDANT

## ORDER

Separate plaintiff Robert Pulse's motion for voluntary non-suit is GRANTED. Document #278. The claims of Robert Pulse against defendant are hereby dismissed with prejudice.

IT IS SO ORDERED this 6th day of October, 2010.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE