### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DAVID SMITH, *et al.*                                                                 PLAINTIFFS

v.                                       No. 4:09CV00679 JLH

FRAC TECH SERVICES, LTD.                                        DEFENDANT

### ORDER

Separate plaintiff Richard Pearson has filed a motion for voluntary non-suit. Without objection, the motion is GRANTED. Document #306. Richard Pearson is hereby removed as a separate plaintiff in this action and his claims against defendant are dismissed with prejudice.

IT IS SO ORDERED this 22nd day of October, 2010.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE