## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DAVID SMITH, *et al.*                                                                        PLAINTIFFS

v.                                              No. 4:09CV00679 JLH

FRAC TECH SERVICES, LTD.                                                                      DEFENDANT

### ORDER

Separate plaintiff Claiborne Lee has filed a motion for voluntary non-suit. Without objection, the motion is GRANTED. Document #309. Claiborne Lee is hereby removed as a separate plaintiff in this action and his claims against defendant are dismissed with prejudice.

IT IS SO ORDERED this 22nd day of October, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE