IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID SMITH, *et al.*                                                                    PLAINTIFFS

v.                                       No. 4:09CV00679 JLH

FRAC TECH SERVICES, LTD.                                                                  DEFENDANT

## ORDER

Frac Tech Services, Ltd., has filed a motion for partial summary judgment as to the claims of Robert Pulse as Central Area Electronics Manager. However, the Court recently granted Robert Pulse's motion for voluntary non-suit and dismissed his claims with prejudice. Therefore, Frac Tech's motion is DENIED AS MOOT. Document #254.

IT IS SO ORDERED this 3rd day of November, 2010.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE