IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID SMITH, *et al.*                                                                                                          PLAINTIFFS

v.                                               No. 4:09CV00679 JLH

FRAC TECH SERVICES, LTD.                                                            DEFENDANT

## ORDER

The defendant's motion to compel plaintiffs' counsel to produce engagement letters, fee contracts, and billing records is denied as premature inasmuch as the plaintiffs have not yet filed a motion to recover attorneys' fees. Document #372.

IT IS SO ORDERED this 5th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE