IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

DAVID SMITH, ADAM SHEEDY,
PATRICK LEE BERRY, DALLAS BODILY,
CORY BYRD, RORY CAFFREY, JEFF
DAVIS, MARC GEER, NICKI CHRISTINE
GEER, CHRIS GILES, WAYLON HUNT,
ERIC JIMERSON, JOHN JOLLEY, WES
KELLEY, KEN MARTINEAU, KRISTOPHER
D. MENDEL, CLYDE OSBORNE, MARCUS
THOMAS, JARED TUCKER, MARK MABRY,
DOUGLAS GUILEY, RICHARD PEARSON,
TRAVIS ROUNDTREE, JEFF ROWE,
GREGORY SHAW, TEJON ADAMS, BRADY
BORDEN, JOSH BORDEN, TIKI DAVIS,
DAVID DUNN, DAVID GARDNER, CARLOS
GARZA, LEE GIBSON, PETER HANSON,
EDUARDO HERNANDEZ, MARTIN HERNANDEZ,
JIMMY HUBER II, DESMON JACKSON,
CLAIBORNE LEE, RALPH LOPEZ, NICHOLAS
LYONS, GARY O'BRYANT, ROBERT PULSE,
JEFF RANSOM, RICHARD REED, MARGARITO
RUIZ, ESSICK SHEAD, BRANDON SMITH,
CHAD SMITH, SERGIO VINOLES, JERIMIE S.
COFFMAN, JOHN RUSSELL, LAMARCUS
PAGE, TYRELL WOOLEY, JEFFREY MARTINEZ,
CLAYTON LEMONS, RICHARD BISON, DAVIS
JUSTICE, DUSTIN BROWN, and RANDY STEED,
each individually and on behalf of others similarly situated                   PLAINTIFFS

V.                                        NO. 4:09-CV-0679 JLH

FRAC TECH SERVICES, LLC                                                         DEFENDANT

### DEFENDANT'S STATUS REPORT

Comes Defendant, Frac Tech Services, LLC, by and through its attorneys, Munson, Rowlett, Moore & Boone, P.A., and submits the following status report with regard to the Jury Trial scheduled to begin July 5, 2011, involving the Field Engineer Class:

1. Discovery is complete.

2. There has not been a settlement conference. The Defendant believes the prospects for settlement are not good.

3. Pending motions include Plaintiffs' Motion to Strike (Doc 367), and Plaintiffs' Motion for Reconsideration (365).

4. Trial is currently scheduled for the week of July 5, 2011. There are 14 Plaintiffs: Richard Matt Bison, Dustin Brown, Tiki Davis, David Dunn, Dave Gardner, Nicki Geer, Peter Hanson, Clayton Lemons, Nick Lyons, Kris Mendel, Clyde Osborne, Rick Reed, Chad Smith, and Randy Steed. Defendant believes this trial will likely take the full week of July 5, 2011, and could potentially go over into the week of July 11, 2011.

Respectfully submitted,

MUNSON, ROWLETT, MOORE, & BOONE, P.A.
400 West Capitol Avenue, Suite 1900
Little Rock, AR 72201
(501) 374-6535
mark.breeding@mrmblaw.com

By: /s/ Mark S. Breeding
MARK S. BREEDING, BAR NO. 89149

**ATTORNEYS FOR DEFENDANT
FRAC TECH SERVICES, LLC**

## CERTIFICATE OF SERVICE

I, Mark S. Breeding, hereby certify that on May 6, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

John T. Holleman, IV
jholleman@johnholleman.net

Maryna O. Jackson
maryna@johnholleman.net

/s/ Mark S. Breeding
MARK S. BREEDING, BAR NO. 89149
mark.breeding@mrmblaw.com