IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID SMITH, *et al.*                                                                                  PLAINTIFFS

v.                                    No. 4:09CV00679 JLH

FRAC TECH SERVICES, LLC                                                 DEFENDANT

## ORDER

At a hearing on June 14, 2011, the plaintiffs withdrew their motion to strike. Therefore, that motion is denied as moot. Document #367.

IT IS SO ORDERED this 15th day of June, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE