# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DAVID SMITH, *et al.*                      PLAINTIFFS

v.                      No. 4:09CV00679 JLH

FRAC TECH SERVICES, LLC                      DEFENDANT

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice. The Court retains jurisdiction for 30 days so that the settlement may be consummated.

IT IS SO ORDERED this 1st day of August, 2011.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE