IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID SMITH, *et al.*                                                     PLAINTIFFS

v.                              No. 4:09CV00679 JLH

FRAC TECH SERVICES, LLC                                     DEFENDANT

## **ORDER**

The parties have requested that the Court extend retention of jurisdiction so that the terms of the settlement may be completed. The Court hereby retains complete jurisdiction up to and including September 30, 2011, to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 29th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE